UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS LOCAL 915 PENSION FUND, FRANK
CARPENTER, RANDALL KING, ROBERT COPPERSMITH,
VANCE ANDERSON, THOMAS BEDWELL, LEON WARD,
INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS LOCAL 915 HEALTH AND WELFARE FUND,
FRANK CARPENTER, RANDALL KING, ROBERT
COPPERSMITH, VANCE ANDERSON, THOMAS BEDWELL,
LEON WARD and LOCAL 915 OF THE INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO,

    Plaintiffs,

vs.                                  CASE NO: 8:15-cv-875-T-EAK-AEP

SOUTH BUFFALO ELECTRIC, INC.,

    Defendant.
_____/

## ORDER FOR ENTRY OF JUDGMENT

This cause is before the Court on the Plaintiffs' motion for entry of default final judgment (Doc. 8). There has been no timely response filed to the motion. The Court has reviewed the motion and attachment thereto, and finds the motion well-taken and supported. Therefore, the motion will be granted. Accordingly, it is

**ORDERED** that the Plaintiffs' motion for entry of default final judgment (Doc. 8) be **granted** and the Clerk of Court is directed to enter judgment for plaintiffs and against the defendant as follows:[1]

---

[1] The interest figure is for interest up to and including September 24, 2015.

| | | |
|---|---|---|
| 1. | Unpaid contributions | $7,609.27 |
| 2. | Interest at 15% per annum | $ 672.39 |
| 3. | Liquidated Damages | $1,521.85 |
| 4. | Dues check-off | $1,802.25 |
| 4. | Costs | $ 408.75 |
| 5. | Attorneys Fees | 1,825.00 |
| | | $13,767.52 |

The Clerk of Court shall close this case and terminate any pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 24th day of September, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record